975-14

# ELECTRONIC RECORD

COA # 03-12-00462-CR          OFFENSE: OTHER CRIMINAL

STYLE: Joel David James v. The State of Texas          COUNTY: Comal

COA DISPOSITION:     AFFIRMED          TRIAL COURT: 207th District Court

DATE: 06/27/14          Publish: NO     TC CASE #: CR2011-195

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Joel David James v. The State of Texas          CCA #: 975-14

___PRO SE___ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

___Refused___          JUDGE: _____

DATE: ___12/10/2014___          SIGNED: _____          PC: _____

JUDGE: ___Per Curiam___          PUBLISH: _____          DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS FILE COPY
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

COA No. 03-12-00462-CR
PD-0975-14

2/6/2015
JAMES, JOEL DAVID          Tr. Ct. No. CR2011-195

Pursuant to Rule 69.4(a) T.R.A.P., the record is returned to the court of appeals.

Abel Acosta, Clerk

3RD COURT OF APPEALS  CLERK
JEFF KYLE
P O BOX 12547
AUSTIN, TX  78711
* DELIVERED VIA E-MAIL *